**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

**HUMPHREYS & PARTNERS ARCHITECTS, LP**                                    **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 3:14CV-706-JGH**

**HRB LOUISVILLE, LLC, et al.**                                             **DEFENDANT**

**SCHEDULING ON AGREED LITIGATION PLAN
AND DISCOVERY SCHEDULE**

The parties having submitted to the Court a Litigation Plan and Discovery Schedule Outline in compliance with Fed.R.Civ.P.26(f) and the Court having reviewed the proposed plan.

**IT IS HEREBY ORDERED** that the attached Agreed Litigation Plan and Discovery Schedule is adopted and shall be strictly followed unless amended by further order.

The Court will not set a trial date at this time.

**IT IS FURTHER ORDERED** that this matter is referred to Magistrate Judge **Colin H. Lindsay** pursuant to Title 28, United States Code, Section 636(b)(1)(A) for the purpose of conducting a settlement conference. **Counsel shall contact the Magistrate Judge in advance to schedule the conference.**

**IT IS FURTHER ORDERED** that a **pretrial conference** is set in this matter for **JULY 8, 2016 at 1:30 p.m.** Counsel shall appear in person for this conference *and the matter will be held in Chambers*.

**IT IS FURTHER ORDERED** that the parties shall advise the Court's Deputy, Mrs. Andrea Morgan at 502-625-3538, immediately if this action is settled.

Date: March 23, 2015

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

HUMPHREYS & PARTNERS ARCHITECTS, LP                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:14CV-706-JGH

HRB LOUISVILLE, LLC, et al.                                              DEFENDANT

**AGREED LITIGATION PLAN AND DISCOVERY SCHEDULE**

**ANTICIPATED LENGTH OF TRIAL: 7   days   JURY TRIAL REQUEST: YES**

**PRE-DISCOVERY DISCLOSURES**  (Fed.R.Civ.P. 26(a)(1): **March 16, 2015**
**PRELIMINARY DISCOVERY** shall be: **-**

**SPECIAL INSTRUCTIONS RE: INTERROGATORIES, REQUESTS FOR ADMISSION AND DEPOSITIONS:**   *See Litigation Plan*

   **EXPERTS AND COMPLIANCE** with Fed.R.Civ.P. 26(a)(2):
      Plaintiff:   **August 14, 2015**
      Defendant**: October 16, 2015**
      **Rebuttal Experts:   December 15, 2015**

**JOINDER(S) OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS** shall be due by: **April 15, 2015**

**OTHER MISCELLANEOUS MATTERS:**   *See Litigation Plan*

**DISCOVERY** shall be completed by**: -January 29, 2016**

A party tendering a discovery request, response, disclosure under F.R.Civ.P. 26(a)(1) or (2), or deposition transcript ("discovery material") not otherwise required to be filed shall accompany such tendered discovery material with a certificate from the party or counsel that such material will be used in the proceeding, or has been ordered filed by the Court; and shall further certify that a copy of such Certificate for Filing has been served upon all parties or their counsel of record.

The party responsible for service of a discovery request, response or disclosure under F.R.Civ.P. 26(a)(1) or (2), is the custodian and must retain the original document. The custodian must provide access to all parties of record during the pendency of the action.

**THE PARTIES SHALL SUPPLEMENT ALL DISCLOSURES AND RESPONSES AS REQUIRED BY FED.R.CIV.P.26(a)(3) WITHIN A REASONABLE TIME BUT NO LATER THAN: July 29, 2015**

**DISPOSITIVE MOTIONS: March 1, 2016**

**Responses due:   April 1, 2016**

**Replies due:   April 22, 2016**

COPIES TO:
Counsel of Record & Magistrate Judge Lindsay- CM