UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

HUMPHREYS & PARTNERS                                              PLAINTIFF
ARCHITECTS, L.P.


v.                                              CIVIL ACTION NO. 3:14-cv-00706-CRS


HRB LOUISVILLE LLC, et al.                                       DEFENDANTS


## MEMORANDUM OPINION AND ORDER

Defendant Royal Apartments USA, Inc., doing business as Royal Properties ("Royal Apartments"), filed a motion to clarify the February 4, 2016 consent judgment. The motion is unopposed. The consent judgment dismissed Plaintiff Humphreys & Partners Architects, L.P.'s ("Humphreys") claims against Royal Apartments, but allowed Royal Apartments to move for an award of costs and attorney fees.

Royal Apartments now requests this Court clarify a paragraph of the consent judgment that Royal Apartments negotiated. Specifically, Royal Apartments seeks clarify that the consent judgment extends the deadline for filing a motion for costs and attorney fees set forth in Local Rule 54.4.

It is not this Court's duty during this action to interpret a consent judgment some parties recently executed. Instead, the Court will interpret the motion as a request for an extension of time to file a motion for costs and attorney fees.

Otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the Court **GRANTS** Royal Apartments an extension of the deadline set forth in Local Rule 54.4 to file a motion for costs and attorney fees within thirty (30) days after final entry of a judgment as to all claims and parties in this action. (DN 112).

**SO ORDERED.**

April 13, 2016

**Charles R. Simpson III, Senior Judge**
**United States District Court**

1