UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF
KENTUCKY LOUISVILLE
DIVISION

| | | |
|---|---|---|
| HUMPHREYS & PARTNERS ARCHITECTS, L.P., | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| HRB LOUISVILLE LLC; HENNEMAN ENGINEERING INC.; ROYAL/BUCK COMPANY LLC; HRB LOUISVILLE MEMBER LLC; BUCK SH COMPANY, LLC; ROYAL PROPERTIES; THE JOHN BUCK COMPANY, LLC; ROYAL APARTMENTS USA, INC.; BUCK DEVELOPMENT LOUISVILLE, LLC; BUCK DEVELOPMENT, LLC; and TJBC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 3:14-cv-00706-CRS |

**HRB DEFENDANTS' EXPERT WITNESS DISCLOSURE OF AMY S. DIESTELKAMP**

Defendants HRB Louisville, LLC, Royal/Buck Company, LLC, HRB Louisville Member LLC, Buck SH Company, LLC, Buck Development Louisville, LLC, Buck Development, LLC, The John Buck Company, LLC, and TJBC, Inc. ("HRB Defendants"), by and through counsel, pursuant to Fed. R. Civ. P. 26(a)(2) and this Court's Order of December 21, 2016, submit this disclosure in connection with expert witness Amy S. Diestelkamp. Discovery in this matter is ongoing, and as a result, this disclosure is subject to supplementation.

**Amy S. Diestelkamp**
831 Larkin Avenue
Creve Coeur, MO  63141

(1) Amy Diestelkamp was employed by American Campus Communities as the General Manager of various student housing properties, including properties marketed to students of Arizona State University and the University of Louisville, between May 2013 through September 2016.  In this position, Ms. Diestelkamp was responsible for leasing and maintaining all aspects of community operations for properties ranging in size from 450-1700 units, with a staff ranging from fifteen to twenty-five employees.  Ms. Diestelkamp served as the General Manager of the Cardinal Towne student housing development, which is located adjacent to the University of Louisville, from October 2015 through September 2016.  As the General Manager for Cardinal Towne, Ms. Diestelkamp was responsible for overseeing the marketing and lease-up program for the 2016-2017 lease term.  A copy of Ms. Diestelkamp's *curriculum vitae* that includes additional information about her background is attached as Exhibit A.

(2) Ms. Diestelkamp will offer opinions, based on her experience as a property manager for privately owned student housing projects, including in Louisville, Kentucky, on the factors that influence students in choosing to rent an apartment in one student housing development as opposed to another, and the property attributes marketed by student housing properties to potential renters, which includes students and in some cases parents.  A copy of Ms. Diestelkamp's report is attached as Exhibit B.

(3) Ms. Diestelkamp will offer testimony that, based on her experience as a student housing property manager and her direct contact with those seeking student housing, students primarily consider three factors when seeking housing: (1) the proximity of the property

to campus, (2) the security features offered at the property and (3) the availability of on - site staff and maintenance of the property. For this reason, it is these three properties that student housing managers use to market the property to potential and existing renters.

(4) Ms. Diestelkamp's opinions are based on her professional education, knowledge, and experience as a student housing property manager. Ms. Diestelkamp is knowledgeable about the rental and management of student housing developments.

(5) Ms. Diestelkamp has not authored any publications in the previous ten years.

(6) Ms. Diestelkamp has not testified as an expert at trial or by deposition during the previous four years.

(7) Ms. Diestelkamp's compensation to be paid for the study and testimony in this case is $150.00 per hour.

(8) Ms. Diestelkamp may offer expert opinion evidence relevant to any additional issues addressed by a rebuttal report not yet produced, or by expert opinion testimony that is offered during expert discovery or at trial.

Dated: January 17, 2017          Respectfully submitted,

*s/Amy Sullivan Cahill/*
Amy Sullivan Cahill
CAHILL IP, PLLC
333 East Main Street, Suite 403
Louisville, Kentucky 40202
Tel. 502-657-7830
Email: acahill@cahill-ip.com

***Counsel for Defendants, HRB Louisville LLC; Royal/Buck Company LLC; HRB Louisville Member LLC; Buck SH Company, LLC; The John Buck Company, LLC; Buck Development Louisville, LLC; Buck Development, LLC; and TJBC, Inc.***

# CERTIFICATE OF SERVICE

   I hereby certify that on this 17th day of January, 2017, the foregoing HRB Defendants' Expert Witness Disclosure of Amy S. Diestelkamp was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties through their counsel of record.

                 s/ *Amy Sullivan Cahill/*_____
                 Amy Sullivan Cahill